UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br><br>         v.<br><br>DAVID C. TERJANIAN<br><br>                    Defendant | CIVIL ACTION NO. |

**PRAECIPE TO FILE JUDGMENT
BASED ON CERTIFICATION OF JUDGMENT**

TO THE CLERK OF COURT:

   Please enter judgment in favor of Plaintiff, United States of America, and against David C. Terjanian ("Defendant"), in the amount of $89,563.76, as per the Certification of Judgment issued by the Prothonotary of the Court of Common Pleas of Dauphin, Commonwealth of Pennsylvania, and attached hereto. Said Certification was filed at Docket No. 2011-CV-1832-CV.

Defendant's last known address is;

DAVID C. TERJANIAN PsyD
1271 Eagle Road
West Chester, PA 19382

                                        Respectfully submitted,

                                        KML Law Group, P.C.

                                        By: _____
                                        Thomas I. Puleo, Esquire
                                        Pennsylvania Attorney I.D. No. 27615
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532
                                        (215) 825-6309

RECEIVED OFFICE OF PROTHONOTARY 2011 MAY -3 AM 8:51 DAUPHIN COUNTY PENNA

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY<br>1200 North Seventh Street<br>Harrisburg, PA 17102-1444<br>    Plaintiff<br><br>   v.<br><br>DAVID C. TERJANIAN<br>1271 Eagle Road<br>West Chester, PA 19382<br>    Defendant | DAUPHIN COUNTY COURT<br>OF COMMON PLEAS<br><br><br>CIVIL DIVISION<br><br><br><br>NO. 2011-CV-1832-CV |

## PRAECIPE FOR DEFAULT JUDGMENT

To the Prothonotary:

You are hereby directed to enter judgment in favor of the above named Plaintiff and against the Defendant in the principal sum of $87,672.30 as of May 3, 2011, plus pre-judgment interest of $1,886.46 as of May 3, 2011, plus late fees of $5.00, for the total amount of $89,563.76, together with interest at the rate of 2.250% or $5.40 per diem until the date of judgment, and thereafter continuing post-judgment interest, as provided by the terms of the promissory note, accruing at the variable rate currently set at 2.250% or $5.40 per diem from the date of judgment until paid.

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION<br>ASSISTANCE AGENCY | IN THE COURT OF COMMON PLEAS<br>OF DAUPHIN COUNTY, PENNSYLVANIA |
| PLAINTIFF<br>VS<br>DAVID C. TERJANIAN<br>DEFENDANT | NO.<br>CIVIL ACTION – 2011-CV-1832-C |

To *David C. Terjanian*, Defendant(s)   MAY 03 2011

You are hereby notified that on _____, the following ☐ Order ☐ Decree ☒ Judgment has been entered against you in the above captioned case.

DATE: __MAY 03 2011__    _Stephen C. Havina_
                          Prothonotary

I hereby certify that the name and address of the proper person(s) to receive this notice is:
*David C. Terjanian, 1271 Eagle Road, West Chester, PA 19382*

A *David C. Terjanian*, Defendido/a
   Defendidos/as

Por este medio se le esta notificando que el ___ de ___ del ___ el/la siguiente ☐ Orden ☐ Decreto ☒ Fallo ha sido anotado en contra suya en el caso mencionado en el epigrafe.

FECHA: __MAY 03 2011__    _Stephen C. Havina_
                           Prothonotario

Certifico que la siguiente direccion es la del defendido/a sigun indicada en el certificado de residencia:

Abogado del Demandante

DCBA – 400 – Rule 236(a) (2) – 8/1/99                                    Proth. – 78

I CERTIFY THAT THE FOREGOING ASSESSMENT OF DAMAGES IS FOR SPECIFIED AMOUNTS ALLEGED TO BE DUE IN THE COMPLAINT AND IS CALCUABLE AS SUM CERTAIN FROM THE COMPLAINT. I certify that written notice of the intention to file this praecipe was mailed or delivered to the party against whom judgment is to be entered and to his attorney of record, if any, after the default occurred and at least ten (10) days prior to the date of the filing of this praecipe. A copy of the notice is attached. Pa. R.C.P. 237.1

_____
Attorney for Plaintiff
James J. Jarecki (PA Id #89580)
(717) 720-3753

May 3, 2011

This _____ day of _____ [MAY 03 2011], 2011, judgment is entered in favor of Plaintiff, Pennsylvania Higher Edcuation Assistance Agency and against Defendant, David C. Terjanian by default for want of an anwer and damages assessed at the sum of $89,563.76 as per the above certification.

_____
Prothonotary, Dauphin County

Dauphin County Prothontary
101 Market Street, Room 101
Harrisburg, PA 17108

May 3, 2011

Dear Clerk of the Court,

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, on behalf of Brazos Student Finance Corporation, representing the Pennsylvania Higher Education Assistance Agency, in consideration of the funds paid by the United States of America, hereby assign to the assignee, the judgment recovered on May 3, 2011, docketed in the Court of Common Pleas of Dauphin County, Pennsylvania; Civil Action No. 2011-CV-1832-CV, against DAVID C. TERJANIAN.

Assignor authorizes the United States of America to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of American from enforcing this judgment.

The Assignor's address is: Pennsylvania Higher Education Assistance Agency (PHEAA), 1200 North Seventh Street, Harrisburg, PA 17102-1444, 1-800-233-0557.

The Assignee's address is: United States of America, United States Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 8B-45, Rockville, MD, 20857, 301-443-1782.

I have executed this assignment at PHEAA, on May 3, 2011.

*Patricia Walton*
Patricia Walton